# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

LORENZO DUNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1019

————————————————

July 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.